JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| LILIAN GARZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY et al.,<br><br>　　　　　Defendants. | Case № 2:18-cv-07874-ODW (JEMx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order **GRANTING** Defendant's Motion for Summary Judgment, it is hereby **ORDERED**, **ADJUDGED**, **AND DECREED** as follows:

　1. Plaintiff shall recover nothing from Defendant;
　2. Defendant shall have **JUDGMENT** in its favor; and
　3. The Clerk of the Court shall close the case.

　　**IT IS SO ORDERED.**

　　May 15, 2020

　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**